# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CIOKEWICZ,<br><br>        Plaintiff,<br><br>    v.<br><br>HARBOR, et.al.,<br><br>        Defendants. | Case No.: 1:18-cv-00932-SAB (PC)<br><br>ORDER REGARDING DEFENDANTS' REQUEST FOR CLARIFICATION<br><br>[ECF No. 17] |

      Plaintiff Justin Ciokewicz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On November 16, 2018, the Court referred this case to post-screening alternate dispute resolution and stayed the case for 120 days. (ECF No. 16.) The settle conference is currently set for March 5, 2019, before Magistrate Judge Barbara A. McAuliffe.

      On December 19, 2018, Defendants filed a motion for modification of the scheduling order and request for clarification. (ECF No. 17.) Defendants correctly point out that in the conclusion section of the Court's November 16, 2018, order it incorrectly states that the case is stayed for 90 days. Defendants are hereby advised that the case is stayed for 120 days, and if the case does not settle at the

///

///

///

1

conference on March 5, 2019, the Court will issue an amended scheduling order resetting the deadlines set forth in the initial scheduling order.

IT IS SO ORDERED.

Dated: **December 20, 2018**

_____
UNITED STATES MAGISTRATE JUDGE