

MAR 05 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CIOKEWICZ,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00932-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JUSTIN CIOKEWICZ, CDCR #AU-2725 |

A settlement conference in this matter commenced on March 5, 2019. Inmate Justin Ciokewicz, CDCR #AU-2725 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 3/5/19

_____
UNITED STATES MAGISTRATE JUDGE

1