# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CIOKEWICZ,<br><br>   Plaintiff,<br><br>  v.<br><br>HARBOR, et.al.,<br><br>   Defendants. | Case No.: 1:18-cv-00932-SAB (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>[ECF No. 22]<br><br>DEADLINE: April 1, 2019 |

  On March 5, 2019, the parties reached a settlement agreement and the terms were placed on the record and all deadlines were vacated.

  Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents on or before **April 1, 2019**.

IT IS SO ORDERED.

Dated:  **March 13, 2019**

                UNITED STATES MAGISTRATE JUDGE